| | |
|---|---|
| 1 | JOHN A. RUSSO, City Attorney, State Bar #129729 |
| | RANDOLPH W. HALL, Assistant City Attorney, State Bar #080142 |
| 2 | JAMES F. HODGKINS, Supervising Trial Attorney, State Bar #142561 |
| | CHARLES E. VOSE, Senior Deputy City Attorney, State Bar #139700 |
| 3 | One Frank Ogawa Plaza, 6th Floor |
| | Oakland, California  94612 |
| 4 | Telephone:  (510) 238-2961     Fax:  (510) 238-6500 |
| | cevose@oaklandcityattorney.org |
| 5 | 26424/551164 |

Attorneys for Defendant
CITY OF OAKLAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORENZO CRENSHAW, | Case No.:  C 08-05161 CRB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE** |
| CITY OF OAKLAND and DOES 1-25, | |
| Defendants. | **THE HONORABLE CHARLES R. BREYER** |

///
///
///
///
///
///
///
///
///

- 1 -

STIPULATION AND ORDER                                                                                                     C-08-05161
CRB

1    Due to the unavailability of counsel for Defendant, the parties to the above
2 captioned litigation hereby stipulate, by and through their undersigned counsel of record,
3 to continue the scheduled date for the Initial Case Management Conference from Friday,
4 February 27, 2009, at 8:30 a.m., to Friday, March 6, 2009, at 8:30 a.m.

5
6                              Respectfully submitted,
7 DATED: FEBRUARY 19, 2009
8
                                JOHN A. RUSSO, City Attorney
                                RANDOLPH W. HALL, Assistant City Attorney
9                               JAMES F. HODGKINS, Supervising Trial Attorney
                                CHARLES E. VOSE, Senior Deputy City Attorney
10
                     By:            /s/
11                              Attorneys for Defendant CITY OF OAKLAND

12
   DATED: FEBRUARY 19, 2009
13
                                ADANTE POINTER, ESQ.
14
15                   By:            /s/
                                LAW OFFICES OF JOHN BURRIS
16                              Attorney for Plaintiff LORENZO CRENSHAW

17
18
19
20
21
22
23
24
25
26

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the date for the Initial Case Management Conference shall be continued from Friday, February 27, 2009, at 8:30 a.m., to Friday, March 6, 2009, at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: __February 20, 2009__



CHARLES R. BREYER
United States District Judge

STIPULATION AND ORDER
CRB

C-08-05161