1  JOHN A. RUSSO, City Attorney, State Bar #129729
   RANDOLPH W. HALL, Assistant City Attorney, State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Attorney, State Bar #142561
   CHARLES E. VOSE, Senior Deputy City Attorney, State Bar #139700
3  One Frank Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-2961   Fax: (510) 238-6500
   cevose@oaklandcityattorney.org
5  26502/598292

6  Attorneys for Defendants
   CITY OF OAKLAND, and
7  CHIEF WAYNE TUCKER

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13  LORENZO CRENSHAW,                    Case No.: C 08-05161 CRB (JS)

14           Plaintiff,
                                         ORDER EXCUSING CHIEF WAYNE
15  CITY OF OAKLAND, a municipal         TUCKER FROM SETTLEMENT
    corporation; WAYNE TUCKER, in his    CONFERENCE
16  official capacity as Chief of Police for the CITY OF
    OAKLAND.
17
             Defendants.
18

19

20
                                         The Honorable JOSEPH C. SPERO
21

22
          Upon application by defendant in this action, CHIEF WAYNE TUCKER, it is
23
    hereby ordered as follows:
24
          CHIEF WAYNE TUCKER is hereby excused from attending the mediation in
25
26  this action, currently scheduled for Thursday October 22, 2009. A command level

member of the Oakland Police Department will attend the mediation session on behalf of CHIEF WAYNE TUCKER.

**IT IS SO ORDERED.**

Dated: October __1__, 2009

_____
THE HON. JOSEPH C. SPERO
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

*Judge Joseph C. Spero*